1  LAW OFFICE OF MICHAEL C. OLSON, P.C.
   Michael C. Olson, Esq. SBN 129496
2  4400 MacArthur Blvd., Suite 230          *E-FILED 2/27/07*
   Newport Beach, CA 92660
3  (949) 442-8940; Fax (949) 442-8935
   email: molson@lawyer.com
4
   Attorneys for PLAINTIFFS
5  Kuo-Ching Chien and Confirm Personal Care
   Industrial Corp.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 KUO-CHING CHIEN, an individual, and       ) CASE NO. C 06-07130 RS
   CONFIRM PERSONAL CARE INDUSTRIAL          )
12 CORP., a Taiwanese corporation            )
                                             )
13              Plaintiffs,                  ) STIPULATION AND ORDER
                                             ) CONTINUING INITIAL CASE
14                                           ) MANAGEMENT CONFERENCE
   vs.                                       )
15                                           )
                                             ) Date:    March 7, 2007
16 BATH ACCESSORIES COMPANY, INC., a         ) Time:    2: 30 p.m.
   California corporation,                   )
17                                           )
                Defendant.                   )
18

19

20
                              STIPULATION
21

22
        The parties to the above-entitled action hereby stipulation to continue the Initial Case
23
   Management Conference, presently set for March 7, 2007, to a date 60 days thereafter. Good cause
24
   exists for this continuance in that the Court has recently ordered this matter to be mediated within 90
25
   days, and the parties have discussed settlement of this matter and reasonably believe that this case will
26
   settle at the mediation. Continuance of the Initial Case Management Conference will allow the parties
27

28
   _____
                    STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
                                        -1-

1  to attend the mediation and thereby avoid the costs of preparing documents for, and appearing at, the
2  conference.
3
4  Dated: February 20, 2007           LAW OFFICE OF MICHAEL C. OLSON, P.C.
5
6
7                                      Michael C. Olson, Esq.
                                       Attorney for Plaintiffs Kuo-Ching Chien and Confirm Personal
8                                      Care Industrial Corp.
9
10
11 Dated: February 20, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP
12
13
14                                     Robert E. Camors, Jr., Esq.
                                       Attorney for Defendant Bath Accessories Companies, Inc.
15
16
17                                     **ORDER**
18     The Court finding good cause for a continuance, the Initial Case Management Conference is
19 hereby continued to May 9        , 2007 at 2:30 p.m. in Courtroom 4, Fifth Floor, United States
20 Courthouse, 280 S. First Street, San Jose, California.
21
22
23 Dated: February 27, 2007
                                       UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
-2-