1  ROBERT E. CAMORS, JR. (SBN # 121204)
   bobcamors@thelen.com
2  SUVASHIS BHATTACHARYA (SBN #219554)
   sbhattacharya@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
4  San Jose, CA 95113-1723
   Tel. 408.292.5800
5  Fax 408.287.8040

*E-FILED 4/27/07*

6  JOHN K. UILKEMA (SBN# 34028)
   juilkema@thelen.com
7  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Ste. 1800
8  San Francisco, CA 94105
   Tel. 415-371-1200
9  Fax. 415-371-1211

10  Attorneys for BATH ACCESSORIES CO.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15  KUO-CHING CHIEN, an individual and    Case No.:   06-CV-07130 RS
    CONFIRM PERSONAL CARE
16  INDUSTRIAL CORP., a Taiwanese
    Corporation                           **STIPULATION AND ORDER
17                                        CONTINUING INITIAL CASE
                 Plaintiffs,              MANAGEMENT CONFERENCE**
18
         vs.                              Date:  June 13, 2007
19                                        Time:  2:30 ~~xxxx~~ p.m.
    BATH ACCESSORIES CO., a California
20  corporation,

21               Defendant.

22  BATH ACCESSORIES CO., a California
    corporation,
23
                 Counterclaimant.
24
         v.
25
    KUO-CHING CHIEN, an individual and
26  CONFIRM PERSONAL CARE
    INDUSTRIAL CORP., a Taiwanese
27  Corporation

28               Counterdefendants.

-1-

CV-06-07130 RS
STIPULATION CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, this Court ordered this case to mediation and, WHEREAS on February 27, 2007 Henry Su, of Howrey LLP, was appointed mediator and, WHEREAS due to scheduling requirements of the attorneys, the mediator and the parties, a mediation date could not be set until May 25, 2007 and that the mediation is now set to occur on that date and, WHEREAS this Court has previously set an initial Case Management Conference to occur on May 9, 2007 at 2:30 p.m. and the parties jointly believe that the case is likely to settle at the mediation and wish the avoid any costs of discovery and/or other costs until mediation has occurred, THEREFORE,

A further continuance of the Initial Case Management Conference is respectfully requested in order to allow the parties to avoid the costs of preparing documents for, and appearing at, the conference until mediation occurs and, potentially, avoid such costs entirely.

The parties to the above-entitled action HEREBY STIPULATE AND AGREE by and between their attorneys of record herein to continue the Initial Case Management Conference, presently set for May 9, 2007, to a date after June 1, 2007. Good cause exists for this continuance for the reasons stated above.

Dated: April 27, 2007

THELEN REID BROWN RAYSMAN
& STEINER LLP

*Robert E. Camors Jr.*
ROBERT E. CAMORS, JR.
Attorney for Defendant and Counterclaimant
BATH ACCESSORIES, INC.

Dated: April 26, 2007

LAW OFFICE OF MICHAEL C. OLSON, P.C.

Michael C. Olson, Esq.
Attorney for Plaintiffs and Counterdefendants
KUO-CHUNG CHIEN and
CONFIRM PERSONAL CARE INDUSTRIAL CORP.

**ORDER**

The Court finding good cause for a continuance, the Initial Case Management Conference is hereby continued to June 13, 2007 at 2:30 p.m. in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

Dated: April 27, 2007

UNITED STATES MAGISTRATE JUDGE

SV #291745 v1

THELEN REID
BROWN
RAYSMAN &
STEINER
LLP
ATTORNEYS AT LAW

-3-

CV-06-07130 RS
STIPULATION CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE