**\*E-FILED\***
**June 1, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUO-CHING CHIEN, et al., | No. C 06-07130 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| BATH ACCESSORIES CO., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for June 13, 2007. The parties are required to file a stipulation of dismissal by **August 15, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 22, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: June 1, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Robert E. Camors , Jr    bobcamors@thelenreid.com, emancera@thelenreid.com; mwaller@thelenreid.com

Michael Carl Olson    molson@lawyer.com,

Dated: June 1, 2007

                              /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg