1  ROBERT E. CAMORS, JR. (SBN # 121204)
   bobcamors@thelen.com
2  SUVASHIS BHATTACHARYA (SBN #219554)
   sbhattacharya@thelen.com
3
   THELEN REID BROWN RAYSMAN & STEINER LLP
4  225 West Santa Clara Street, Suite 1200
   San Jose, CA  95113-1723
5  Tel. 408.292.5800
   Fax 408.287.8040
6
   JOHN K. UILKEMA (SBN# 34028)
7  juilkema@thelen.com

8  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Ste. 1800
9  San Francisco, CA  94105
   Tel. 415-371-1200
10 Fax. 415-371-1211

11 Attorneys for BATH ACCESSORIES CO.

*E-FILED 8/13/07*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUO-CHING CHIEN, an individual and CONFIRM PERSONAL CARE INDUSTRIAL CORP., a Taiwanese Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>BATH ACCESSORIES CO., a California corporation,<br><br>Defendant. | Case No.:   06-CV-07130 RS<br><br>**STIPULATION AND DISMISSAL PURSUANT TO SETTLEMENT AND [PROPOSED] ORDER THEREON** |
| BATH ACCESSORIES CO., a California corporation,<br><br>Counterclaimant.<br><br>v.<br><br>KUO-CHING CHIEN, an individual and CONFIRM PERSONAL CARE INDUSTRIAL CORP., a Taiwanese Corporation<br><br>Counterdefendants. | |

## STIPULATION AND DISMISSAL

The parties, through their undersigned counsel, hereby stipulate to the dismissal of this action, including all claims and counterclaims therein, with prejudice, except that this dismissal is without prejudice to defendant's assertion of the invalidity and non-infringement defenses pleaded in the present litigation, in any action taken by plaintiffs with regard to products of defendant which were not accused products in the present litigation. This stipulated dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear its own costs and fees.

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement pursuant to the terms of their settlement should that become necessary.

**IT IS SO STIPULATED.**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: ~~May~~ July 20, 2007

KUO-CHING CHIEN, an individual

x _____
Kuo Ching Chien

CONFIRM PERSONAL CARE
INDUSTRIAL CORP., a Taiwanese
Corporation

x By: _____

Printed Name: Kuo ching chien

Its president

LAW OFFICES OF MICHAEL C. OLSON

By: _____
Michael C. Olson

Attorneys for Plaintiffs/
/Counterdefendants
KUO-CHING CHIEN, an individual
and CONFIRM PERSONAL CARE
INDUSTRIAL CORP., a Taiwanese
Corporation

1  Dated: August 9, 2007

2  BATH ACCESSORIES, CO.

3  By: Rex Lao

4  Printed Name: Rex Lao

5  Its President

| | THELEN REID BROWN RAYSMAN & STEINER LLP |
|---|---|
| | By: /s/ |
| | Robert E. Camors, Jr. |
| | John K. Uilkema |
| | Suvashis Bhattacharya |
| | |
| | Attorneys for |
| | Defendant/Counterclaimant |
| | BATH ACCESSORIES, CO |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 13, 2007

_____
Magistrate Judge Richard Seeborg
United States District ~~xxxxx~~ Court

SV #299299 v1

-3-

STIPULATION AND DISMISSAL AND [PROPOSED] ORDER THEREON/ Case No. 06-CV-07130 RS